UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 14-cr-00001-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARK BOURELLE,

        Defendant.

## PROTECTIVE ORDER

THIS MATTER comes before the Court upon an unopposed motion of the United States for a Protective Order pursuant to Federal Rule of Criminal Procedure 16(d). Upon a showing of good cause in support of the entry of an order to protect the dissemination of sensitive records from the United States Probation Office for the District of Colorado, and without objection from Defendant Bourelle,

**IT IS ORDERED**:

1. This Protective Order shall apply to documents produced by the United States Probation Office for the District of Colorado to the parties in this matter that the Probation Officer marks "CONFIDENTIAL DOCUMENT – 14-cr-00001-MSK" (hereinafter referred to as the "CONFIDENTIAL DOCUMENTS"). It is anticipated that the CONFIDENTIAL DOCUMENTS will consist of certain probation records that relate to the alleged violation(s) of supervised release at issue in this matter. Disclosure of these records is controlled under The Guide to Judiciary Policy, Volume 20, Chapter 8.

2. CONFIDENTIAL DOCUMENTS shall not be disclosed or used for any purpose except

the preparation and resolution of this case, 14-cr-00001-MSK.

    3. CONFIDENTIAL DOCUMENTS shall not, without further Order of the Court, be disclosed to any person, except that such documents may be disclosed to:

    A. Attorneys actively working on this case;

    B. Persons regularly employed or associated with the attorneys actively working on the case whose assistance is required by said attorneys in the preparation for or during a proceeding in this case;

    C. Expert witnesses and consultants retained in connection with this case, to the extent such disclosure is necessary in preparation for or use during a proceeding in this case;

    D. The Court, and necessary Court staff; and

    E. Other persons by written agreement of Chief U.S. Probation Officer for the District of Colorado. The defense should communicate with the Chief U.S. Probation Officer for the District of Colorado via the Assistant United States Attorney associated with this case.

    4. CONFIDENTIAL DOCUMENTS may be shown to the Defendant, but the Defendant shall not be permitted to retain a copy of them or show them to any other person except those persons listed in paragraph 3 above.

    5. CONFIDENTIAL DOCUMENTS shall not be disclosed to any person, except the Defendant, who is associated with the plaintiff in *K.B. v. Christopher J. Perez et al.*, Case No. 14-cv-3514 in the U.S. District Court for the District of Colorado.

    6. Prior to disclosing any CONFIDENTIAL DOCUMENTS to any person authorized within this Protective Order, except the Court and necessary Court staff, counsel shall provide such person with a copy of this Protective Order. A copy of this Protective Order shall be kept with the

CONFIDENTIAL DOCUMENTS at all times.

7. In the event that a party desires to use CONFIDENTIAL DOCUMENTS as an exhibit to a Court document, the CONFIDENTIAL DOCUMENTS shall be filed as a restricted document to be viewed by the parties in accordance with D.C.Colo.LCrR 47.1 and District of Colorado Electronic Case Filing Procedures. If any party desires to use CONFIDENTIAL DOCUMENTS in open court then the parties shall meet and confer in advance about appropriate procedures.

8. Nothing in this Protective Order shall prevent any party from seeking modification of this Protective Order or from objecting to discovery that it believes to be otherwise improper. This Protective Order does not constitute a ruling on the question of whether any particular material is properly discoverable or admissible and does not constitute a ruling on any potential objection to the discoverability of any material.

9. This Protective Order shall survive the termination of this case and shall continue in full force and effect thereafter. At the conclusion of this case, each document and all copies thereof which have been designated as CONFIDENTIAL DOCUMENTS shall be returned U.S. Probation Office for the District of Colorado or be destroyed. The protections granted by this Protective Order may not be waived or forfeited.

DATED this 2nd day of October, 2015.

                                                        **BY THE COURT:**

                                                        */s/ Marcia S. Krieger*
                                                       _____

                                                        Marcia S. Krieger
                                                        Chief United States District Judge